IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DONALD BULFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. _____ |
| TALIAFERRO COUNTY, TIA | ) | |
| MCWILLIAMS, Individually and | ) | |
| In her official capacity, THOMAS | ) | |
| RAY, individually and in his | ) | |
| Official capacity, HUNTER | ) | |
| HOUSTON, individually and in his | ) | |
| Official capacity and JOHN DOES, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF REMOVAL**

COME NOW TALIAFERRO COUNTY, TIA MCWILLIAMS, THOMAS

RAY, and HUNTER HOUSTON, Defendants in the above-referenced civil

action, and, pursuant to 28 U.S.C. § 1446(a), file this their Notice of Removal,

showing the Court as follow:

1.

Taliaferro County, Georgia, Tia McWilliams, Thomas Ray and Hunter

Houston are named Defendants in the civil action styled Donald Bulford v.

Taliaferro County, Georgia, et al, in the Superior Court of Taliaferro County,

State of Georgia, Civil Action File No. 23CV0035 (the "Civil Action"); the

Defendants hereby remove this civil action to this Court, on the basis that

Plaintiff has asserted federal law claims, providing the Defendants with the right of removal.

2.

Copies of all process and pleadings received by the Defendants to date in this action are attached hereto as Exhibit "A".

3.

This Civil Action may be removed to this Court pursuant to 28 U.S.C. § 1141 *et seq*.

4.

Defendants received notice of the Civil Action no sooner than November 6, 2023. Therefore, this Notice of Removal is filed within thirty (30) days of such notice, as required by 28 U.S.C. § 1446(b).

5.

This Court has jurisdiction over this Civil Action pursuant to 28 U.S.C. §§ 1331 and 1343 in that the Plaintiff has asserted claims arising under the Constitution or laws of the United States.

6.

This Notice of Removal is filed in the United States District Court for the Southern District and Augusta Division encompassing the county where the Civil Action is pending. All Defendants consent and join in this removal.

WHEREFORE, Defendants respectfully pray that this Civil Action be removed to and proceed in this Court and that no further proceedings be had in the Superior Court of Taliaferro County, Georgia.

Respectfully submitted,

WILLIAMS & WAYMIRE, LLC

*/s/ Terry E. Williams*
TERRY E. WILLIAMS
Georgia Bar No. 764330
Attorney for Defendants

Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia 30518
(678) 541-0790
(678) 541-0789(f)
terry@wmwlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the within and foregoing NOTICE OF REMOVAL on all parties via U.S. Mail and/or the Court's electronic filing system, as follows:

Ryan Rucker
THE DRESSIE LAW FIRM
1141 Sheridan Road, NW
Atlanta, GA 30324
ryan@dressielaw.com

This 30th day of November, 2023.

WILLIAMS & WAYMIRE, LLC

*/s/ Terry E. Williams*
TERRY E. WILLIAMS
Georgia Bar No. 764330

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA  30518
678-541-0790
678-541-0789
terry@wmwlaw.com