IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DONALD BULFORD,                      *
                                     *
        Plaintiff,                   *
                                     *
        v.                           *
                                     *        CV 123-179
TALIAFERRO COUNTY, et al.,           *
                                     *
        Defendants.                  *
                                     *
                                     *

_____

O R D E R

_____

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 37.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this ___10th___ day of March, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA